UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO: 1:19-CR-00048-MOC-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| VETO OMAR MARTIN, | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Suppress Evidence and Incorporated Memorandum of Law. (Doc. No. 10). The Government has responded, opposing the motion. (Doc. No. 13). The Court will hear argument on the motion on October 2, 2019. In preparation, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties shall be prepared to discuss United States v. Clyburn, 24 F.3d 613 (4th Cir. 1994), and United States v. Lull, 824 F.3d 109 (4th Cir. 2016), explaining whether and to what extent these cases clarify whether the Magistrate had a substantial basis for finding probable cause to issue a search warrant.

Signed: September 30, 2019

Max O. Cogburn Jr.
United States District Judge

1